B6B (Official Form 6B) (12/07)

In re **I-10 Barker Cypress, Ltd.**                                         Case No. **10-36582**
                                                                                      (if known)

*AMENDED 11/17/2010*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank<br>Operating Acct #xxxxxx3538<br><br>Compass Bank<br>Construction Acct #xxxxxx0893<br><br>Compass Bank<br>Escrow Acct #xxxxxx6440<br><br>Prosperity Bank<br>Money Market Acct #xxx1970 | | $62.85<br><br>$79.84<br><br>$186.55<br><br>$65,797.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | City of Houston, Water Dept. (Deposit) | | $2,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **I-10 Barker Cypress, Ltd.**  Case No. **10-36582**
(if known)

*AMENDED 11/17/2010*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **I-10 Barker Cypress, Ltd.**                                   Case No. **10-36582**
                                                                            (if known)

### AMENDED 11/17/2010
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Pending lawsuit against Hoang Cindy Phan for breach of lease (Defendant has filed bankruptcy, Case No. 32514, in this Court; collectibility unlikely) | | $198,000.00 |
| | | Pending lawsuit against Brian Craft for breach of lease (collectibility unknown; counter-claim against Debtor also pending) [estimated claim] | | $235,000.00 |
| | | Pending lawsuit against Patrick A Onyenaucheya for unlawful lien (Defendant has counter-claim against Debtor; damages and collectibility unknown) | | Unknown |
| | | Pending lawsuit against Hawkeye Interests, LLC, Brent Mollenhauer and Carol S. Fensterman for breach of lease (partial summary judgment entered against Defendant, Fensterman; claim amount is estimated and collectibility unknown) | | $519,019.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **I-10 Barker Cypress, Ltd.**　　　　　　　　　　　　Case No. **10-36582**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 11/17/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **I-10 Barker Cypress, Ltd.**                              Case No.  **10-36582**
                                                                           (if known)

### AMENDED 11/17/2010
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached    **Total >**    **$1,020,145.29**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **I-10 Barker Cypress, Ltd.**　　　　　　　　　　　　　Case No. **10-36582**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 11/17/2010*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Compass Bank c/o<br>Theresa R. Nassif<br>Jackson Walker, LLP<br>1401 McKinney Street, Ste. 1900<br>Houston, TX  77010** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**17750 Katy Freeway, Houston, Texas 77084**<br>REMARKS:<br>**(Estimated Claim Amount)**<br><br>VALUE: $24,000,000.00 | | | | $17,261,509.00 | |
| ACCT #: **xxxxxx-xxx-xx1-001**<br><br>**David J. Piwonka<br>Katy ISD Tax Assessor-Collector<br>PO Box 761<br>Katy, TX  77492** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**17750 Katy Freeway, Houston, Texas 77084**<br>REMARKS:<br><br>VALUE: $24,000,000.00 | | | | $268,748.53 | |
| ACCT #: **xxx-xxx-xxx-0003**<br><br>**Leo Vasquez<br>Harris County Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**17750 Katy Freeway, Houston, Texas 77084**<br>REMARKS:<br><br>VALUE: $24,000,000.00 | | | | $224,417.15 | |
| | | Subtotal (Total of this Page) > | | | | $17,754,674.68 | $0.00 |
| | | Total (Use only on last page) > | | | | $17,754,674.68 | $0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **I-10 Barker Cypress, Ltd.**　　　　　　　　　　　　Case No. **10-36582**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 11/17/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxx-x0882**<br>**Advantage Electric, Inc. c/o**<br>**J. Scott Douglas**<br>**909 Fannin, Ste. 1800**<br>**Houston, TX  77010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Lawsuit**<br>REMARKS:<br>**Pending in 281st District Court, Harris County** | X | X | X | **Unknown** |
| ACCT #: **xxx. xxxxxx x99-01**<br>**BBVA Compass**<br>**Attn: Appraisal Services**<br>**24 Greenway Plaza**<br>**Houston, TX  77046** | | DATE INCURRED:<br>CONSIDERATION:<br>**General Unsecured**<br>REMARKS:<br>**Valuation Services** | | | | **$7,320.00** |
| ACCT #: **xxxx-x9393**<br>**Brian Craft c/o**<br>**J. Kevin Raley**<br>**The Mendel Law Firm, LP**<br>**1155 Dairy Ashford, Ste. 104**<br>**Houston, TX  77079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Litigation (Breach of Lease)**<br>REMARKS:<br>**Counter-Claim against Debtor in pending litigation; 234th District Court, Harris County** | X | X | X | **Unknown** |
| ACCT #:<br>**Chicago Title**<br>**712 Main St., Ste 2000E**<br>**Houston, TX  77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Deed Recording Fees**<br>REMARKS: | | | | **$28.00** |
| ACCT #:<br>**J.W. Daubert**<br>**PO Box 22267**<br>**Houston, TX  77227-2267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | **$1,600.00** |
| ACCT #:<br>**Joseph A. McDermott, III**<br>**3100 Richmond Ave, Ste. 403**<br>**Houston, TX  77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | **$7,227.37** |
| | | | | | Subtotal > | **$16,175.37** |
| | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

　　　**2**　　　continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **I-10 Barker Cypress, Ltd.**            Case No. **10-36582**
                                                        (if known)

*AMENDED 11/17/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**Mike Treadway Architects** <br>**2400 Augusta Drive # 100** <br>**Houston, TX 77057-4944** | | DATE INCURRED: <br>CONSIDERATION: <br>**Architectural Fees** <br>REMARKS: | | | | **$928.20** |
| ACCT #: **6377** <br>**Mr. Dirt Maintenance** <br>**8331 Winningham** <br>**Houston, TX 77055** | | DATE INCURRED: <br>CONSIDERATION: <br>**General Unsecured** <br>REMARKS: | | | | **$963.43** |
| ACCT #: **265** <br>**Newsom Landscaping** <br>**18014 Melissa Spring Drive** <br>**Tomball, TX 77375** | | DATE INCURRED: <br>CONSIDERATION: <br>**General Unsecured** <br>REMARKS: | | | | **$1,803.45** |
| ACCT #: **xxxx-x2119** <br>**O'Connor & Associates** <br>**2200 North Loop West #200** <br>**Houston, TX 77018** | | DATE INCURRED: <br>CONSIDERATION: <br>**Professional Services** <br>REMARKS: | | | | **$17,988.47** |
| ACCT #: **xxxx-x7497** <br>**Patrick Onyenaucheya** <br>**22507 Fincastle Drive** <br>**Katy, TX 77450** | | DATE INCURRED: <br>CONSIDERATION: <br>**Pending Litigation** <br>REMARKS: <br>**Counter-Claim against Debtor in pending litigation; 151st District Court, Harris County** | X | X | X | **$38,790.00** |
| ACCT #: **xxxxxxxx xxxxices** <br>**Quality Signs** <br>**10205 Market Street** <br>**Houston, TX 77029** | | DATE INCURRED: <br>CONSIDERATION: <br>**General Unsecured** <br>REMARKS: | | | | **$3,158.74** |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$63,632.29**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **I-10 Barker Cypress, Ltd.**　　　　　　　　　　　　　　Case No. **10-36582**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 11/17/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxx-x0882<br>**R.H. Construction c/o**<br>**Glenn J. Deadman, P.C.**<br>**509 South Main Avenue**<br>**San Antonio, TX 78204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Litigation**<br>REMARKS:<br>**Cross-Claim against Debtor; Pending in 281st District Court, Harris County** | X | X | X | $129,000.00 |
| ACCT #:<br>**Rhem Golvach, PC**<br>**2700 Post Oak Blvd., Ste. 950**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $880.00 |
| ACCT #: 3821<br>**Rows & Rows Parking Lot Svcs, Inc.**<br>**PO Box 1522**<br>**Houston, TX 77251** | | DATE INCURRED:<br>CONSIDERATION:<br>**General Unsecured**<br>REMARKS: | | | | $81.19 |
| ACCT #: xx5522<br>**Sprint Waste Services**<br>**PO Box 4890, Dept. 101**<br>**Houston, TX 77210-4890** | | DATE INCURRED:<br>CONSIDERATION:<br>**General Unsecured**<br>REMARKS: | | | | $1,249.35 |
| ACCT #: xxxx5287<br>**Ten West Owners Association**<br>**c/o Northmarq RE/MS #600**<br>**3500 American Blvd. West, #200**<br>**Bloomington, MN 55431** | | DATE INCURRED:<br>CONSIDERATION:<br>**General Unsecured**<br>REMARKS:<br>**for July 2010** | | | | $1,286.69 |
| ACCT #:<br>**Womac & Associates**<br>**Two Memorial City Plaza**<br>**820 Gessner, Ste. 1540**<br>**Houston, TX 77024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $88.00 |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　**$132,585.23**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　**$212,392.89**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **I-10 Barker Cypress, Ltd.**　　　　　　　　　　　　Case No. **10-36582**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

*AMENDED 11/17/2010*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $24,000,000.00 | | |
| B - Personal Property | Yes | 5 | $1,020,145.29 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $17,754,674.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $212,392.89 | |
| G - Executory Contracts and Unexpired Leases | No | 3 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $25,020,145.29 | $17,967,067.57 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **I-10 Barker Cypress, Ltd.**  Case No. **10-36582**
(if known)

*AMENDED 11/17/2010*
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Pres. of Dev. Enterpr., Inc., GP** of the **Partnership** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **10** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **11/17/2010**   Signature **/s/ Peyton Cottrell**
**Peyton Cottrell**
**Pres. of Dev. Enterpr., Inc., GP**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.