IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| I-10 BARKER CYPRESS, LTD. | § | CASE NO. 10-36582 |
| Debtor | § | (Chapter 11) |

## SUMMARY AND ANALYSIS OF VOTES CAST BY CLASS IN CONNECTION WITH THE DEBTOR'S PLAN OF REORGANIZATION

**TO THE HONORABLE LETITIA Z. PAUL, UNITED STATES BANKRUPTCY JUDGE:**

Below is a Summary and Analysis of the Votes cast by each class of claims and interests entitled to vote on the *Plan of Reorganization* filed by **I-10 Barker Cypress, Ltd.**

## SUMMARY AND ANALYSIS OF CLASS 1 VOTES (UNIMPAIRED)

Class 1 Not Voting-Deemed Accepting

## SUMMARY AND ANALYSIS OF CLASS 2 VOTES

Based upon Claim per Ballot:

| Company Name | Amount of Claim | Accept | Reject |
|---|---|---|---|
| **Compass Bank** | $ 17,285,037.64 | √* | |

*subject to resolution of Compass Bank's Objection to the Debtor's Plan*

| | NUMBER OF VOTES | % OF NUMBER VOTING | AGGREGATE AMT. OF CLAIMS VOTING | % OF AMT. OF CLAIMS VOTING |
|---|---|---|---|---|
| **Acceptances** | 1 | 100% | $ 17,285,037.64 | 100% |
| **Rejections** | 0 | 0% | $ 0.00 | 0% |
| **TOTAL** | 1 | 100% | $ 17,285,037.64 | 100% |

## SUMMARY AND ANALYSIS OF CLASS 3 VOTES

Based upon Claim per Ballot:

| Company Name | Amount of Claim | Accept | Reject |
|---|---|---|---|
| **Rhem, P.C., f/k/a Rhem Golvach, P.C.** | $ 880.00 | √ | |

| | NUMBER OF VOTES | % OF NUMBER VOTING | AGGREGATE AMT. OF CLAIMS VOTING | % OF AMT. OF CLAIMS VOTING |
|---|---|---|---|---|
| **Acceptances** | 1 | 100% | $ 880.00 | 100% |
| **Rejections** | 0 | 0% | $ 0.00 | 0% |
| **TOTAL** | 1 | 100% | $ 880.00 | 100% |

## SUMMARY AND ANALYSIS OF CLASS 4 VOTES

Based upon Claim per Ballot:

| Company Name | Amount of Claim | Accept | Reject |
|---|---|---|---|
| **Joseph A. McDermott, III, Attorney at Law** | $ 7,227.37 | √ | |
| **Sprint Waste Services** | $ 1,249.35 | √ | |

| | NUMBER OF VOTES | % OF NUMBER VOTING | AGGREGATE AMT. OF CLAIMS VOTING | % OF AMT. OF CLAIMS VOTING |
|---|---|---|---|---|
| **Acceptances** | 2 | 100% | $ 8,476.72 | 100% |
| **Rejections** | 0 | 0% | $ 0.00 | 0% |
| **TOTAL** | 2 | 100% | $ 8,476.72 | 100% |

## SUMMARY AND ANALYSIS OF CLASS 5 VOTES (DISPUTED/UNIMPAIRED)

Class 5 Not Voting

## SUMMARY AND ANALYSIS OF CLASS 6 VOTES (IMPAIRED)

Class 6 Not Voting-Deemed Accepting

DATED this 9th day of February, 2011

                Respectfully submitted,

                **JAMES B. JAMESON & ASSOCIATES, P.C.**

    By:    /s/ James B. Jameson
            JAMES B. JAMESON
            State Bar No. 10598500
            P. O. Box 980575
            Houston, TX 77098
            713-807-1705-Telephone
            713-807-1710-Facsimile
            jbjameson@jamesonlaw.net
            *COUNSEL FOR DEBTOR-IN-POSSESSION*