UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| I-10 BARKER CYPRESS, LTD., | § | CASE NO. 10-36582-11 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF WITHDRAWAL OF OBJECTION OF HARRIS COUNTY AND KATY INDEPENDENT SCHOOL DISTRICT TO CONFIRMATION OF THE PLAN OF REORGANIZATION

**YOU ARE HEREBY NOTIFIED** that the Objection of Harris County and Katy Independent School District to Confirmation of the Plan of Reorganization is hereby **WITHDRAWN**, without prejudice.

Date: February 10, 2011          Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

/s/  John P. Dillman
**JOHN P. DILLMAN**
Texas State Bar No. 05874400
**TARA L. GRUNDEMEIER**
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 *Telephone*
(713) 844-3503 *Telecopier*

*Counsel for Harris County and Katy Independent School District*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| I-10 BARKER CYPRESS, LTD., | § | CASE NO. 10-36582-11 |
| | § | |
| DEBTOR. | § | |

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the *Notice of Withdrawal of the Objection of Harris County and Katy Independent School District to Confirmation of the Plan of Reorganization* was served upon the following entities by either electronic court filing or by placing same, in the United States Mail, first class, postage fully prepaid, and by electronic court filing to all parties listed in the electronic court filing system on February 11, 2011:

Debtor:
**I-10 Barker Cypress, Ltd.**
940 Corbindale Road
Houston, TX 77024

Attorney for Debtor:
**James B Jameson, Esq.**
Attorney at Law
3355 West Alabama, Suite 1160
Houston, TX 77098

Trustee:
**Ellen Maresh Hickman, Esq.**
Office of United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

                                                            */s/Tara L. Grundemeier*
                                                             Tara L. Grundemeier